IN THE COURT OF APPEALS

OF MARYLAND

Misc. Nos. 21, 24, 25, 26 and 27

September Term, 2021

IN THE MATTER OF

2022 LEGISLATIVE

DISTRICTING OF THE STATE

Getty, C.J.
Watts
Hotten
Booth
Biran
Gould
McDonald, Robert N.
  (Senior Judge, Specially Assigned),

JJ.

ORDER

Filed: April 13, 2022

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

| IN THE MATTER OF | * | IN THE |
| 2022 LEGISLATIVE | * | COURT OF APPEALS |
| DISTRICTING OF THE STATE | * | OF MARYLAND |
| | * | MISC. NOS. |
| | * | 21, 24, 25, 26, 27 |
| | * | SEPTEMBER TERM, 2021 |

**O R D E R**

**WHEREAS**, pursuant to the provisions of Article III, § 5 of the Constitution of Maryland, on January 27, 2022, the General Assembly of Maryland enacted Senate Joint Resolution 2, which constitutes the Legislative Redistricting Plan of 2022, and

**WHEREAS**, the Attorney General of Maryland having filed a motion to promulgate procedures to govern any petitions brought under Article III, § 5 of the Constitution of Maryland, and

**WHEREAS**, petitions challenging the validity of the Plan having been filed and an evidentiary hearing having been held before a Special Magistrate appointed by this Court, and

**WHEREAS**, on April 4, 2022, the Special Magistrate filed a report recommending that the petitions filed in the cases be denied, and on April 8, 2022, exceptions to the report were filed in this Court, and

**WHEREAS**, a hearing on the petitions and exceptions to the report of the Special Magistrate having been held before this Court on April 13, 2022, and

**WHEREAS**, the Court having determined that the Plan enacted into law on January 27, 2022 is consistent with the requirements of the Constitution of the United States and the Constitution of Maryland,

For reasons to be stated later in an opinion to be filed, it is this <u>13th</u> day of April, 2022,

**ORDERED**, by the Court of Appeals of Maryland, a majority concurring as to the decision in *In the Matter of Legislative Districting of the State*, Misc. Nos. 25 and 27, September Term, 2021, that the exceptions filed by Petitioners in *In the Matter of Legislative Districting of the State*, Misc. Nos. 25, 26 and 27, September Term, 2021, are overruled in each case and that the relief sought in the petitions is denied; and it is further

**ORDERED**, that the relief sought in the petition filed in *In the Matter of Legislative Districting of the State*, Misc. No. 24, September Term, 2021, with no exceptions having been filed, is denied; and it is further

**ORDERED**, that the Legislative Redistricting Plan of 2022 enacted as Senate Joint Resolution 2 on January 27, 2022 shall be used for all purposes in acting upon or implementing the State of Maryland's legislative redistricting plan; and it is further

**ORDERED**, that

(1) The 2022 Primary for Gubernatorial Elections, shall remain scheduled for July 19, 2022.

(2) The following election deadlines for the 2022 Primary for the Gubernatorial Elections shall remain as set forth in this Court's Order of March 15, 2022:

> (a) The deadline for filing certificates of candidacy, established pursuant to Maryland Code, (1957, 2017 Repl. Vol., 2021 Supp.),

Election Law Article ("EL") § 5-303 is Friday, April 15, 2022 at 9:00 p.m.;

(b) The deadline for candidates to withdraw a certificate of candidacy, established pursuant to EL § 5-502(a) is Monday, April 18, 2022;

(c) The deadline to fill a vacancy in candidacy for a primary election, established pursuant to EL § 5-901 is Wednesday, April 20, 2022;

(d) Pursuant to EL § 9-207, the Maryland State Board of Elections is authorized to adjust any deadlines related to certifying, displaying, and printing ballots, including the setting of a new deadline to challenge a candidate's residency; and it is further

**ORDERED**, that, pursuant to Article III, § 9 of the Maryland Constitution, a candidate for senator or delegate must reside in the district that the candidate seeks to represent for at least six months preceding the date of the statewide general election. For the 2022 statewide general election, a candidate must take up residence in a new district by May 8, 2022. The requirement that a candidate be a citizen of the State of Maryland, as set forth in Article III, § 9 of the Maryland Constitution, is unaffected by this Order; and it is further

**ORDERED**, that, in accordance with § 7 of Article XV of the Constitution of Maryland and EL § 8-301(a), a statewide general election will be held on November 8, 2022; and it is further

**ORDERED**, that the mandate is to issue forthwith.

/s/ Joseph M. Getty
Joseph M. Getty
Chief Judge
Court of Appeals of Maryland

Filed: April 13, 2022


/s/ Suzanne C. Johnson
Suzanne C. Johnson
Clerk
Court of Appeals of Maryland